IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TINA CARR PLAINTIFF

v. CIVIL NO. 2:26-cv-02104-MEF

FRANK BISIGNANO, Commissioner
Social Security Administration DEFENDANT

**JUDGMENT**

For the reasons stated in the Court's Order of Dismissal, the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 23rd day of November 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE